**June 29, 1998**

| | | |
|---|---|---|
| 20029 | Ayuyu v. State | Affirmed |
| 20115 | Greff v. Yukimura | Affirmed |
| 20555 | State v. Alston (William) | Affirmed |
| 21157 | State v. Alston (Alston) | Affirmed |
| 20542 | State v. Arroyo | Affirmed |
| 20663 | State v. Bailey | Affirmed |
| 20265 | State v. Schlegel | Vacated |